## Commonwealth, Appellant, *v.* Platt et al.

 Argued April 13, 1970. *Michael Fisher,* Assistant District Attorney, with him *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellant; *Marjorie*

*Hanson Matson,* with her *H. David Rothman,* for appellees.

Order affirmed.

WRIGHT, P. J., WATKINS and CERCONE, JJ., dissent.